152 A.3d 763

**SIMPSON, Eatric B.**

v.

**STATE of Maryland**

**Pet. Docket No. 426, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1970, Sept. Term, 2014)

Petition for writ of certiorari dismissed

152 A.3d 763

**THOMAS, Renaldo**

v.

**STATE of Maryland**

**Pet. Docket No. 433, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1465, Sept. Term, 2015)

Petition for writ of certiorari denied